# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| PAMELA ILLINIK, on behalf of herself and all others similarly situated, | : | Case No. 3:19-cv-93 |
| Plaintiff, | : : : | Judge Thomas M. Rose |
| v. | : : | |
| SELECTIVE NURSING, LLC | : : | |
| Defendant. | : | |

## ORDER

This case is before the Court on the Motion for Extension of Time to Respond to Plaintiff's Motion for Conditional Certification and Order to Produce Declarants for Deposition (Doc. 16) (the "Motion") filed by Defendant Selective Nursing, LLC ("Defendant"). The Motion states that "Plaintiff's counsel indicated that they intend to oppose" the Motion. (Doc. 16 at PAGEID # 82.) It also acknowledges that Defendant has an August 26, 2019 deadline to respond to "Plaintiff's Motion for Conditional Certification, Expedited Opt-in Discovery, and Court-Supervised Notice to Potential Opt-in Plaintiffs" (Doc. 14). (Doc. 16 at PAGEID # 80.)

Defendant cites to Federal Rules of Civil Procedure 26 and 37 in support of its request for an "Order compelling Plaintiff Pamela Illinik and Opt-In Plaintiff Jennifer Dawson to appear for depositions, to be limited to the issues surrounding Plaintiff's Conditional Certification Motion, and to be conducted prior to Defendant's deadline to respond to the Certification Motion." (Doc. 16 at PAGEID # 80.) The Motion asserts that "[n]otwithstanding Defendant's right to depose the two individuals who have submitted evidence [with Plaintiff's motion], Plaintiff's counsel has declined requests to conduct those depositions." (*Id.* at PAGEID # 82.) However, the Motion

fails to provide any further information about the "requests" to conduct those depositions (including, for example, whether they were made orally or pursuant to a formal written notice) or attach to the Motion any documentation of such requests and documentation of responses to such requests.

In light of the above, the Court **ORDERS** that (a) Defendant's request in the Motion (Doc. 16) for an order compelling Plaintiff Pamela Illinik and Opt-In Plaintiff Jennifer Dawson to appear for depositions is denied without prejudice to re-file a motion seeking such relief and without prejudice to any party's ability to conduct discovery permitted under the Federal Rules of Civil Procedure; (b) briefing on "Plaintiff's Motion for Conditional Certification, Expedited Opt-in Discovery, and Court-Supervised Notice to Potential Opt-in Plaintiffs" (Doc. 14), and the deadlines for such briefing, is stayed pending the resolution of the Motion for Extension of Time to Respond and further order of this Court; (c) Plaintiff must file a response to the Motion (Doc. 16) on or before August 28, 2019; and (d) Defendant must file a reply in support of the Motion (Doc. 16) on or before September 2, 2019.

**DONE** and **ORDERED** in Dayton, Ohio, this Thursday, August 22, 2019.

s/Thomas M. Rose

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE