# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| PAMELA ILLINIK, on behalf of herself and all others similarly situated, | : : : | Case No. 3:19-cv-93 |
| Plaintiff, | : : | Judge Thomas M. Rose |
| v. | : : | **ORDER** |
| SELECTIVE NURSING, LLC, | : : | |
| Defendant. | : | |

NOW, this 13th day of September, 2019, IT IS HEREBY ORDERED that the Parties' Joint Stipulation to Conditional Certification and Notice (Doc. 21) is approved and the Parties shall proceed as follows:

1) The following collective action is conditionally certified pursuant to Section 16(b) of the FLSA: All current and former LPNs or home health aides employed by Selective Nursing, LLC at any time between September 10, 2016 and the present. The parties jointly submitted Exhibit 1 containing proposed language for notification and consent forms to be authorized by the Court. The Court approves the language in the Parties' Notice to Potential Class Members and authorizes it to be sent to Potential Class Members;

2) On or before September 24, 2019, Defendant shall provide to Plaintiff a list (in Microsoft Office Excel format) containing the name, last known home address (including zip code), telephone number, and email address of all current and former LPNs or home health aides employed by Selective Nursing, LLC at any time between September 10, 2016 and the present;

1

3) Plaintiff shall mail the proposed notice attached as Exhibit 1 to the individuals appearing on the list referred to in paragraph 2 via First-Class Mail and Email on October 8, 2019;

4) The opt-in period will close as to the potential opt-in plaintiffs on November 7, 2019; and

5) Counsel for the parties shall not contact any of the potential opt-in plaintiffs for the purpose of discussing their participation in this lawsuit through the end of the opt-in period, except that Plaintiff's counsel may respond to inquiries from the potential opt-in plaintiffs during this time, Plaintiff's counsel may contact potential opt-in plaintiffs to obtain an updated address if their notice is returned as undeliverable, and Plaintiff's counsel may contact the potential opt-in plaintiffs after they have formally opted in.

Based on the Parties' Joint Stipulation to Conditional Certification and Notice, as well as this Order, the Court finds that "Plaintiff's Motion for Conditional Certification, Expedited Opt-in Discovery, and Court-supervised Notice to Potential Opt-in Plaintiffs" (Doc. 14) is **MOOT** and, therefore, the Court **LIFTS THE STAY OF DISCOVERY** implemented in the Court's September 5, 2019 Order (Doc. 20).

**DONE** and **ORDERED** in Dayton, Ohio, this Friday, September 13, 2019.

s/Thomas M. Rose<br>
_____<br>
THOMAS M. ROSE<br>
UNITED STATES DISTRICT JUDGE