UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| PAMELA ILLINIK, on behalf of herself and all others similarly situated, | ) CASE NO. 3:19-cv-00093 ) ) JUDGE THOMAS M. ROSE |
| Plaintiff, | ) ) |
| vs. | ) **ORDER OF DISMISSAL AND** ) **APPROVING SETTLEMENT** |
| SELECTIVE NURSING, LLC | ) ) |
| Defendant. | ) |

THIS CAUSE having come before the court on the Joint Motion for Approval of Settlement and Stipulation of Dismissal With Prejudice, including the Joint Stipulation of Settlement and Release ("Settlement") and the Declaration of Lori M. Griffin, and due cause appearing therefore, it is hereby ORDERED AND ADJUDGED as follows:

1. On April 1, 2019, Plaintiff Pamela Illinik initiated this collective action against Selective Nursing, LLC as a result of Defendant's practices and policies of not paying its non-exempt LPNs and home health aides, including Plaintiff, overtime compensation at the rate of one and one-half times their regular rates of pay for the hours they worked over 40 each workweek, in violation of the Fair Labor Standards Act ("FLSA"), 29 U.SC. 201-219, as well as a "class action" pursuant to Fed. R. Civ. P. 23 to remedy violations of the Ohio Minimum Fair Wage Standards Act ("OMFWSA"), R.C. 4111.03.

2. Between May 2019 and August 2020, the parties engaged in an informal yet comprehensive exchange of information regarding Plaintiff's claims and Defendant's defenses to such claims. This included the calculation of Plaintiff's and the Opt-In Party Plaintiffs' overtime damages.

3. The Parties engaged in extensive legal discussion, which included numerous and lengthy discussions between counsel for the Parties.

4. Between May 2019 and August 2020, the Parties engaged in extensive settlement negotiations, including discussions between Counsel for the Parties detailing to Parties legal and factual positions.

5. In an effort to reach a compromise and to avoid the expense and burden of litigation, the Parties reached an agreement to settle the Action on August 17, 2020, on the terms set forth in the Joint Stipulation of Settlement and Release attached as Exhibit 1 to the Parties' Joint Motion.

6. The Court hereby accepts and approves the proposed settlement and holds that the proposed settlement submitted by the Parties in a fair and reasonable settlement of a bona fide dispute over the provisions of the Fair Labor Standards Act.

7. The Court orders that the settlement payments be distributed in the manner, and subject to the terms and conditions, set forth in the Settlement.

8. The above case is hereby dismissed with prejudice; each party to bear their own attorneys' fees and costs except as otherwise provided by the Settlement. The Court shall retain jurisdiction to enforce the Joint Stipulation of Settlement and Release.

ORDERED this _____ day of _____, 2020.

_____
HONORABLE THOMAS M. ROSE